■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ILAINA ROSARIO, Appellant. [855 NYS2d 409]—Judgment, Supreme Court, Bronx County (Ethan Greenberg, J., at plea; John P. Collins, J., at sentence), rendered on or about February 22, 2007, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Tom, Buckley and Moskowitz, JJ.